UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Anthony Hayward,** individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**Soul Concepts, Inc.** d/b/a Zanzibar Soul Fusion<br><br>        Defendant. | No.  1:24-cv-1426<br><br>Judge Solomon Oliver, Jr.<br><br>IT IS SO ORDERED, as Defendant's indicated by e-mail to the court on 8/11/2025 of their consent to the dismissal.<br>/s/ Solomon Oliver, Jr.<br>United States District Judge |

## NOTICE OF DISMISSAL

Now come the Plaintiff, through Counsel, and pursuant to Fed. R. Civ. P. 41, and hereby dismisses this matter with prejudice.

DATED:  August 11, 2025

Respectfully submitted,

By: /s/ *James L. Simon*
James L. Simon (OH#0089483)
SIMON LAW CO.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
Telephone: (216) 816-8696
Email: james@simonsayspay.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the forgoing was served electronically on this 11th day of August 2025 upon all necessary parties through the Court's Electronic Case Filing system.

/s/ *James L. Simon*